# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JENNIFER L. WILLIAMS,** | : | CIVIL ACTION NO. 3:13-CV-2158 |
| **Plaintiff** | : | (Chief Judge Conner) |
| v. | : | |
| **CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY,** | : | |
| **Defendant** | : | |

# ORDER

AND NOW, this 30th day of September, 2014, in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court shall enter judgment in favor of the Commissioner and against Jennifer L. Williams as set forth in the following paragraph.

2. The decision of the Commissioner of Social Security denying Jennifer L. Williams supplemental security income benefits is affirmed.

3. The Clerk of Court shall close this case.

    /s/ Christopher C. Conner
CHRISTOPHER C. CONNER
Chief Judge, Middle District of Pennsylvania